



Case No 05.008