RECEIVED
AUG 11 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

8-7-08
jose a cuadrado

CA 08 305 ML

My English language not Good.

I tu Puerto Rico

I not competency tu one Attorney.
I not discus this charge tu the state police
for my in High security senter.
I call tu 3 Telephone is 1-401-462-2282 this
Telephone is special Investigations unit, this
1-401-462-2551 is the office of Inspections, this
Telephone is 1-401-462-2650 is Rhode Island
state police. this 3 Telephone this name is
Ashbel T. wall II Director. him Given my and
one letter this Day may 27, 2008 Tel 401-462-
2611 my not call tu him. my put 3 or 4 letter.
I put letter tu state police is not received
or help tu my.
I wit put charge tu offenders. I need the
help for the. but this 3 Tel. not pass. I wh
put 2 letter tu state house, this employee
the state house mimi Gudnick. seen my one
letter. the July 14. 2008. I tu 2 letter on
tu Joseph montalbano and one tu william
murphy in spanish.
This people. Robert Batista his put tu my
one felony. I not can Kur e. HIGH security
this Day 28 september 2005 my a the Hospi
I like put charge. but not call tu te police.

the office a Litene and do put my one years in segre
gechon fur ASSAult tu the R. Batiste and Loss Good Time
the I this corrections. I and this Day 5-15-2010 fur the
Loss Good time. this or The employee is employee tu the
nut violation to the life tu the prison. my P.D and the
charge is michelle m. alves this P.D nut put charge
and nut put paid thes correctional employee. I nut
nut charge. you have this letter and this letter
to 3 Telephone and this is the state employee this
I log nut feal whait is to the employee correctional
and this correctional is no charge in the state. my ye
R. Batiste nut and other nut 'oni may fur the state my
is the offender. my and 1999 nut offender to the
state. this R. Batiste and other correctional nut.
my sentence is 10 years ai tu one dio tu Richard A
RousseAu one P.D and this dio is parole tu but this
parole Holly the parole is put tu my Flatten I
Flatten to 5-15-2010 nut Good Time. this is one offender
nait this employee Holly nut what my in the home
to the 1 time 2004 and to day and 2010. fur the I what
nut charge to fur Infraction my parole day. the is
one dio in the dio is parole to my and P.D Richard.
RousseAu.

this charles Davinke him what my paid tu him
$102,736.37. this is C.A. No PC.03-5365 ai nut to the him
sai, me ASSAult tu him. this friends scott Feeley.
him this in espanish. me fire to the P.O. 2 in
to Ai. the police I nut ASSAult. fur paid the money. and
ai sai ai what 3 million fur 3 people is 3 million is $428.571.43

RECEIVED
AUG 11 2008
US DISTRICT COURT
DISTRICT OF RI