UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSÉ CUADRADO

v.                                          C.A. No.   08-305 ML

ASHBEL T. WALL, et al.


## REPORT AND RECOMMENDATION

Jacob Hagopian, Senior United States Magistrate Judge.

Presently before the Court is a motion by *pro se* plaintiff, José Cuadrado, filed December 8, 2008, for the entrance of a default judgment against defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure. This matter has been referred to me for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

Plaintiff claims that defendants failed to appear and answer after being duly served. However, defendants filed an answer with the Court on September 26, 2008. Accordingly, I recommend that plaintiff's motion for default judgment be DENIED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
December 9, 2008