UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE CUADRADO

v.                                                          C.A. 08-305ML

ASHBEL T. WALL, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated December 9, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion for Default Judgment is DENIED.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
January 7, 2009


Entered as an Order of this Court on January 8, 2009

_____
Deputy Clerk