UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


JOSE CUADRADO

    v.                                   CA 08-305 ML

ASHBEL T. WALL, et al.


## MEMORANDUM AND ORDER


      This matter is before the Court on Defendants Wall's and Gadsen's Motion to Dismiss.  Plaintiff did not object to the Motion, nor has he filed a response to the Report and Recommendation issued by Magistrate Judge Hagopian on January 20, 2010, wherein Magistrate Judge Hagopian recommends dismissal of Plaintiff's claims against Defendants Wall and Gadsen.  This Court, therefore, adopts the Report and Recommendation in its entirety.  Plaintiff's claims against Defendants Wall and Gadsen are hereby DISMISSED.


SO ORDERED:


_Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
February 22 , 2010