UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE CUADRADO

v.                                                                           CA 08-305 ML

ASHBEL T. WALL, et al.

## ORDER

This matter is before the Court on two Reports and Recommendations issued by Magistrate Judge Hagopian on March 9, 2010 (docket #55 and #56). Neither party has filed a response, and the time for doing so has passed. This Court has reviewed the papers as to each Motion *de novo*. Having done so, the Court finds that the Reports and Recommendations should be, and are hereby, adopted in their entirety.

Accordingly, Defendant Batista's Motion for Summary Judgment (docket #25) is GRANTED. Defendant's Motion to Dismiss (docket #47) is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief Untied States District Judge
April 2, 2010